United States Courts
Southern District of Texas
FILED
*March 03, 2022*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | |
| **ROBERTO ADAMS,** | § | **CRIMINAL NO.:** 5:22-CR-226-01 |
| Defendant. | § § | |

MGM

### INDICTMENT

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE:</u>
<u>BRIBERY OF A PUBLIC OFFICIAL</u>

From in and around March 2019 to in and around November 2021, in the Southern District of Texas,

ROBERTO ADAMS,

defendant herein, employed as a public official, that is, a United States Department of Agriculture Lead Animal Health Technician, did directly and indirectly, corruptly demand, seek, receive, accept and agree to receive and accept personally a thing of value, namely United States Currency, as influence for the performance of an official act, and in return for and with the intent of being induced to act and omit to do an act in violation of his official duty, that is, for allowing tick infested and diseased cattle to enter the United States without properly inspecting and/or quarantining them, in violation of his lawful duties as a Lead Animal Health Technician for the United States Department of Agriculture.

In violation of Title 18, United States Code, Sections 201(b)(2)(A) and (C).

A TRUE BILL:

———

JENNIFER B. LOWERY
United States Attorney

_____
HEATHER WINTER
Assistant United States Attorney

| USA-74-24B | | | |
|---|---|---|---|
| (Rev. 05/01) | | CRIMINAL DOCKET | |
| LAREDO DIVISION | | **Not Sealed** | No. 5:22-CR-226-01 |
| USAO Number: 2021R06300 | | United States Courts | |
| Magistrate Number: | | Southern District of Texas | |
| Criminal Indictment | Filed | FILED *March 03, 2022* | Judge: |
| | | Nathan Ochsner, Clerk of Court | |

UNITED STATES of AMERICA

vs.

ROBERTO ADAMS

ATTORNEYS:

| | | Appt'd | Private |
|---|---|---|---|
| Jennifer B. Lowery, USA | (713) 567-9000 | | |
| Heather Winter, AUSA | (713) 567-9000 | | |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Bribery of a Public Official [18 USC § 201]

PENALTY: Not more than 15 years imprisonment, not more than a $250,000 fine or three times the monetary equivalent of the thing of value, whichever is greater, and not more than 3 years SRT

☐ In Jail
☐ On Bond
☒ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: