IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| | § CRIMINAL NO. 5:22-CR-226-01 |
| v. | § |
| | § § |
| ROBERTO ADAMS | § |

# ORDER

Pending before the Court is Defendant's Unopposed Motion to Travel. IT IS HEREBY ORDERED that the Motion is:

❏ **DENIED**

☒ **GRANTED**

SIGNED this __4th__ day of __October__, 2022.

_____
MARINA GARCIA MARMOLEJO
UNITED STATES DISTRICT JUDGE